```
1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  DAVID SUTTON (Bar No. 257630)
   Chief Deputy Federal Public Defender
3  (E-Mail: David_Sutton@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081
```

**ORIGINAL**

FILED 2021 AUG -4 AM 9:09 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MICHAEL GOMEZ, | Misc. Case No. 21CM00197-PSG<br><br>**APPLICATION FOR LEAVE OF COURT TO PRACTICE ON BEHALF OF THE FEDERAL PUBLIC DEFENDER** |

TO THE HONORABLE PHILIP S. GUTIERREZ, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The undersigned, David Joseph Sutton, Los Angeles Trial Chief Deputy Federal Public Defender, respectfully requests that this Court authorize Deputy Federal Public Defender Michael Gomez to practice before the United States District Court for the Central District of California pending his admission to the State Bar of California, pursuant to Local Rule 83-2.4.1.

As set forth in the attached declaration, Mr. Gomez has been employed as a Deputy Federal Public Defender for the Central District of California since July 5, 2021. He is a member in good standing of the Illinois and New York State Bars. Mr. Gomez will be taking the California State Bar examination in February 2022.

Based on the above, the undersigned respectfully requests leave of this Court, pursuant to Local Rule 83-2.4.1, to admit Mr. Gomez to practice law in this District as a Deputy Federal Public Defender pending his admission to the State Bar of California.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 23, 2021        By /s/ David Sutton
                            DAVID SUTTON
                            Trial Chief Deputy Federal Public Defender

# DECLARATION OF MICHAEL GOMEZ

I, Michael Gomez, hereby state and declare as follows:

1. I am an attorney and member in good standing of the State Bars of New York and Illinois. I was admitted to the New York State Bar on June 28, 2010. I practiced law at K&L Gates LLP in New York, New York, from my date of admission until approximately October 14, 2011, when I moved from New York to Chicago, Illinois. I have not practiced law in New York since the day I moved. In Chicago, I initially worked as a contract attorney, performing document review, and from October 1, 2012, until July 2, 2021, worked as an assistant appellate defender at the Office of the State Appellate Defender.

2. After I moved out of New York and no longer practiced law there, I failed to register for the New York State Bar and update my addresses. I was under the admittedly wrong impression that my membership in the New York State Bar merely would become inactive so long as I did not reside or practice law in the State. As a result of my failure to register, I was administratively suspended on January 31, 2017, but was unaware of my suspension until September 2020. Once I became aware of my delinquent registration and suspension, I immediately paid my past dues and filed a motion for reinstatement. While I acknowledge my misunderstanding did not excuse my delinquent registration, I never intended to avoid registering for the New York State Bar.

3. In early August 2020, I moved into a different apartment in the same building where I resided when I first moved from New York to Chicago. On or about August 15, 2020, I received a letter from the New York Office of Court Administration, Attorney Registration Unit, which had been sent to my former address. Because my new apartment was in the same building, the letter was left out for me to collect. That letter notified me of my delinquent registration.

3

4. On or about August 16, 2020, I filed my current registration for the New York State Bar and paid $1,875.00, which covered my delinquent registration fees and the current registration period until September 2022.

5. On or about September 10, 2020, I received an e-mail from Heather Bryan in the Attorney Registration Unit acknowledging my current registration, notifying me that my license had been suspended on January 30, 2017, for failing to register, and providing instructions on how to apply for reinstatement.

6. On or about November 11, 2020, I filed in the Appellate Division, First Department of the Supreme Court of the State of New York a motion for reinstatement, along with an affidavit setting forth the aforementioned facts. On December 10, 2020, the Appellate Division, First Department granted my motion and reinstated me to the New York State Bar. I am now a member in good standing of the New York State Bar.

7. I was admitted to the Illinois State Bar on November 29, 2011. I have remained in good standing in Illinois since the date of my admission.

8. Since being admitted to practice law in New York in June 2010 and in Illinois in November 2011, I have been employed as an attorney.

9. On July 5, 2021, I commenced employment as a Deputy Federal Public Defender for the Central District of California, and I have been continuously employed here in Los Angeles.

10. I hereby certify and affirm that I will take the California Bar examination in February 2022. I further certify that I will inform the admissions clerk of the results of the February Bar Examination after they are received.

11. Based on the above, I respectfully request leave of the Court to practice law before this Court on behalf of the Federal Public Defender for the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 23, 2021

MICHAEL GOMEZ
Deputy Federal Public Defender