**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
8/4/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:

MICHAEL GOMEZ.

Misc. Case No. 21CM00197

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Applicant Michael Gomez is admitted to practice before this Court until the results of the February 2022 California Bar Examination are announced. The Applicant will inform the Attorney Admissions' Clerk of his exam results after they are received.

Dated: 8/4/21

PHILIP S. GUTIERREZ
Chief United States District Judge

Presented by:

DAVID JOSEPH SUTTON
Los Angeles Trial Chief Deputy Federal Public Defender